No. 96-6950. VENSON v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 96-6952. BROOKS v. BOYNTON ET AL. C. A. 11th Cir. Certiorari denied.

No. 96-6954. BERGMANN v. ARMSTRONG LAW OFFICES. Ct. App. Wis. Certiorari denied.

No. 96-6957. SWEATT v. CAMPBELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 96-6959. AMES v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96-6962. MITTLEMAN v. OFFICE OF PERSONNEL MANAGEMENT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96-6969. SHOOBS v. ZAVELETTA ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 96-6974. HIGGINS v. DENNIS ET AL. C. A. 2d Cir. Certiorari denied.

No. 96-6977. POPE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96-6981. PETERSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 96-6982. TURNER v. COUCH, JUDGE, DISTRICT COURT OF OKLAHOMA, CLEVELAND COUNTY, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 96-6983. VANDERBERG v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 96-6988. LIGHT v. STATE BAR OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 96-6989. MCHENRY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.